IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>(1) ROBERTO ORTIZ-CORDERO<br>  a.k.a. ROBERT,<br>(2) MIGUEL A. RODRIGUEZ, and<br>(3) ERNESTO FIGUEROA-COLON,<br>  a.k.a. ERNIE<br>Defendants | **SUPERSEDING INDICTMENT**<br><br>Criminal No. 00-027 (CCC)<br><br>VIOLATIONS: 21 U.S.C. §§ 841 (a)(1);<br>841 (b)(1)(B); § 846; 18 U.S.C. §2. |



THE GRAND JURY CHARGES:

### COUNT ONE
(Conspiracy to Distribute Cocaine)

Beginning at a time unknown, but approximately in early December, 1999 and continuing until on or about December 14, 1999, within the District of Puerto Rico, and elsewhere, the defendants,

**(1) ROBERTO ORTIZ-CORDERO a.k.a. ROBERT,
(2) MIGUEL A. RODRIGUEZ, and
(3) ERNESTO FIGUEROA-COLON,
a.k.a. ERNIE**

and others, known and unknown to the grand jury, did knowingly, intentionally, and willfully, conspire, combine, confederate, and agree together and with each other to knowingly, intentionally and willfully distribute and possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance under 21 U.S.C. §812. All in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(B) and 846

## COUNT TWO
### (Possession of Cocaine with Intent to Distribute)

On or about December 8-14, 1999, in the District of Puerto Rico, and elsewhere, the defendants,

**(1) ROBERTO ORTIZ-CORDERO**
a.k.a. ROBERT,
**(2) MIGUEL A. RODRIGUEZ, and**
**(3) ERNESTO FIGUEROA-COLON,**
a.k.a. ERNIE

did knowingly, intentionally and willfully possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance under 21 U.S.C. §812. All in violation of 21 U.S.C. §§ 841 (a)(1), 841 (b)(1)(B) and 18 U.S.C. §2.

TRUE BILL

_____
FOREPERSON

JOHN ROTH, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Criminal Division

By: _____         _____
MATTHEW H. THOMAS                    WENDY L. SHORT
Senior Trial Attorney– 215001        Trial Attorney – 214211
Narcotic and Dangerous Drug Section
Criminal Division
Federal Office Building, Room 220
Hato Rey, P.R. 00918                 Dated: 1 March 2000

Page 2 of 2