| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 00-00027(CC) |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Puerto Rico | DIVISION |
|---|---|---|
| Roberto Ortiz-Cordero<br>1339 W. 49th Place, #501<br>Hialeah, Florida 33012 | NAME OF SENTENCING JUDGE<br>Carmen Consuelo Cerezo | |

| SD/FL PACTS No. 85389 | DATES OF PROBATION SUPERVISED RELEASE | FROM 7/10/2006 | TO 7/9/2010 |
|---|---|---|---|

OFFENSE

21 USC 846 - Conspiracy to Possess with Intent to Distribute at least 500, but less than 2,000 grams of Cocaine, a Class B Felony.

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT OF <u>PUERTO RICO</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Florida</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 15, 2008
Date                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/28/08
Effective Date                                 United States District Judge