**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150**
**CARLOS CHARDON AVE.**
**HATO REY, PUERTO RICO 00918-1767**

FRANCES RIOS DE MORAN
CLERK

TEL. (787) 772-3071
FAX (787) 766-5605

April 3, 2008

CLERK OF COURT
United States District Court
Southern District of Florida
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Re:  Criminal No. 3:00-027 (CC)
United States of America
v. Roberto Ortiz-Cordero

Dear Clerk of Court:

In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on March 20, 2008, we enclose the following documents:

1.     Certified copy of Superseding Indictment filed March 1, 2000 (docket #11).

2.     Certified copy of Judgment filed August 2, 2001. (Docket #141).

3.     Certified copy of Transfer of Jurisdiction Order filed March 20, 2008.  (Docket #178).

4.     Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egele
Operations Manager

Enc.
cc: Abner Valcarcel, USPO